DOCTOR FRED L. PASTERNACK, Appellant, v LABORATORY CORPORATION OF AMERICA HOLDINGS, Also Known as LABCORP, et al., Respondents.

Decided December 15, 2015

*See* 807 F3d 14.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27),

accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.